

**NUMBER 13-16-00144-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **STATE OF TEXAS,** | **Appellant,** |

**v.**

| | |
|---|---|
| **TIPHANIE RAQUEL TIPPIN,** | **Appellee.** |

### On appeal from the 377th District Court
### of Victoria County, Texas.

# ORDER

### Before Justices Benavides, Perkes, and Longoria
### Order Per Curiam

By jury verdict, Tiphanie Raquel Tippin was found guilty of the possession of marijuana, sentenced to one year of state jail with the jail sentence probated and the defendant placed on community supervision with a $5,000 fine. The trial court set aside the verdict and sentenced the defendant to five years of deferred adjudication with a

$5,000 fine and voided the jury's finding of guilty.   Both the State and the defendant have appealed.

This Court directs the parties to this appeal to address, in their briefs on the merits, this Court's jurisdiction over the State's appeal.   *See generally* TEX. CODE. CRIM. PROC. ANN. 44.01 (West, Westlaw through 2015 R.S.).

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
26th day of April, 2016.